✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP -8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-104-GMN (LRL) |
| CHARLES MOORE, ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 8, 2011, defendant CHARLES MOORE pled guilty to Counts Three and Fifteen of a Nineteen Count Criminal Indictment charging him with distribution of 10.2 grams and 21.3 grams of a mixture and substance containing a detectible amount of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

This Court finds defendant CHARLES MOORE agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and the Plea Agreement. Docket # 1, #_.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Agreement and the offense to which defendant CHARLES MOORE pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(a)(2):

a. $3,630.00 in United States Currency; and

b. a 1999 Black Lexus GS400, bearing California license 6HNV728, Vehicle ID number (VIN) JT8BH68X8X0016655.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of CHARLES MOORE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

. . .

. . .

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 | need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 | following publication of notice of seizure and intent to administratively forfeit the above-described
4 | property.

DATED this __8__ day of __Sept__, 2011.

_____
UNITED STATES DISTRICT JUDGE